No. 03–9516. FALLS DOWN v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 03–9523. ANDERSON v. WALLS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–9524. WORKMAN v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–9529. AHMED v. JOHNSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–9530. KALASHO v. CASON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9531. BURGESS v. OREGON. Ct. App. Ore. Certiorari denied.

No. 03–9532. BELL v. SMITH, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 03–9565. HARRIS v. DiCARLO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9583. HADLEY v. HOLMES, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–9606. CHAUDRY v. WHISPERING RIDGE HOMEOWNERS ASSN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–9631. DANIEL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–9633. EVANCHYK v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–9647. CASON v. MARYLAND DIVISION OF CORRECTION ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–9650. DUY NGOC TRAN v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.